# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HARLEY MARINE SERVICES INC, <br><br> Plaintiff, <br><br> v. <br><br> FATHOM MARINE INC, <br><br> Defendant. | CASE NO. C17-856 MJP <br><br> ORDER ON MOTION TO REVISE CASE SCHEDULE |

The Court, having received and reviewed the Stipulation and Proposed Order Amending Order Setting Trial Date (Dkt. No. 40), makes the following findings:

The motion contains no specific (or insufficient) facts to establish good cause for a continuance/revision and/or

The motion provides no suitable explanation as to why the existing case schedule deadlines were not met. Mediation is not required and can take place at any time. Good cause is not established by asking for a continuance after the deadline has passed.

ORDER ON MOTION TO REVISE CASE SCHEDULE - 1

1    Therefore, IT IS ORDERED that the request to revise the existing case schedule is
DENIED without prejudice to bring a renewed motion which cures the defects noted above and
outlines a plan for meeting the revised deadlines.

The clerk is ordered to provide copies of this order to all counsel.

Dated June 19, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge