UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARLEY MARINE SERVICES, INC., a Washington corporation; OLYMPIC TUG & BARGE, INC., a Washington corporation, PACIFIC COAST MARITIME, INC. <br><br> Plaintiffs, <br><br> v. <br><br> FATHOM MARINE, INC., a British Columbia corporation, FATHOM ENERGY, INC., an Alberta corporation, <br><br> Defendants. | IN ADMIRALTY <br><br> NO. 2:17-cv-00856-MJP <br><br> **STIPULATED MOTION AND ORDER TO DISMISS WITH PREJUDICE** <br><br> **NOTE ON MOTION CALENDAR: August 27, 2018** |

Plaintiffs, Harley Marine Services, Inc., Olympic Tug & Barge, Inc. and Pacific Coast Maritime, Inc.; and Defendants, Fathom Marine, Inc. and Fathom Energy, Inc., through their undersigned counsel, stipulate and agree that all claims and counterclaims asserted by them against each other are fully resolved and the above captioned lawsuit should be dismissed with prejudice and without an award of costs to any party. The parties therefore jointly move for an order of dismissal with prejudice and without award of costs or fees.

DATED this 27th day of August, 2018.

//

//

STIPULATED MOTION AND ORDER TO
DISMISS WITH PREJUDICE - 1
2:17-cv-00856-MJP

BAUER MOYNIHAN & JOHNSON LLP

NICOLL BLACK & FEIG PLLC

**via email authorization 8/27/18**


/s/ Mark A. Krisher
Thomas G. Waller, WSBA No. 22963
Mark A. Krisher, WSBA No. 39314
Robert D. Sykes, WSBA No. 49635
*Attorneys for Plaintiffs Olympic Tug &*
*Barge, Inc., Harley Marine Services, Inc.*
*and Pacific Coast Maritime, Inc.*

/s/ Christopher W. Nicoll
Christopher W. Nicoll, WSBA No. 20771
Chris P. Reilly, WSBA No. 25585
*Attorneys for Defendants Fathom Marine,*
*Inc. and Fathom Energy, Inc.*

## **ORDER**

Pursuant to the above stipulated motion, the above captioned lawsuit is DISMISSED

WITH PREJUDICE and without an award of fees or costs to any party.

IT IS SO ORDERED.

DATED this _28th_ day of ___August___, 2018.


The Honorable Marsha J. Pechman
United States Senior District Court Judge

STIPULATED MOTION AND ORDER TO
DISMISS WITH PREJUDICE - 1
2:17-cv-00856-MJP

1    **CERTIFICATE OF SERVICE**

2         I hereby certify that on the date set forth below, I electronically filed the foregoing with

3    the Clerk of the Court using the CM/CF system which will send notification of such filing to

4    the following:

5    Thomas G. Waller
     Mark A. Krisher
6    Robert D. Sykes
7    BAUER MOYNIHAN & JOHNSON LLP
     2101 Fourth Avenue, Suite 2400
8    Seattle, WA 98121
     Telephone: (206) 443-3400
9    Fax: (206) 448-9076
     E-mail: tgwaller@bmjlaw.com
10   E-mail: makrisher@bmjlaw.com
     E-mail: rsykes@bmjlaw.com
11   *Attorneys for Plaintiffs Olympic Tug & Barge,*
12   *Inc. and Harley Marine Services, Inc*

13

14        DATED this 27th day of August, 2018.

15
                              */s/ Christopher W. Nicoll*
16                            Christopher W. Nicoll, WSBA No. 20771

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER TO
DISMISS WITH PREJUDICE - 2
2:17-cv-00856-MJP